UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

95- 0292 CR-\_\_\_\_\_ITH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO._____ |
| ) | 21 U.S.C. § 963 |
| Plaintiff, ) | 21 U.S.C. § 846 |
| ) | 21 U.S.C. § 952(a) |
| v. ) | 18 U.S.C. § 2 |
| ) | |
| JOSE LUIS RODRIGUEZ, ) | MAGISTRATE JUDGE |
| ALBERTO LLUIS, ) | |
|     a/k/a "Tio," ) | |
| RUBEN MACHADO, ) | |
| ROLANDO LLUIS, ) | **SEALED INDICTMENT** |
| ALFREDO LLUIS ) | |
| and ) | |
| ARISTIDES QUERO, ) | |
| ) | |
| Defendants. ) | |

The Grand Jury charges that:

### COUNT ONE

Beginning as early as in or about April 1992, and continuing until in or about May 1993, the exact dates being unknown to the grand jury, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,



>           JOSE LUIS RODRIGUEZ,
>             ALBERTO LLUIS,
>              a/k/a "Tio,"
>             RUBEN MACHADO,
>             ROLANDO LLUIS,
>             ALFREDO LLUIS
>                  and
>            ARISTIDES QUERO,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury, to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a).

All in violation of Title 21, United States Code, Section 963.

### COUNT TWO

Beginning as early as in or about April 1992, and continuing until in or about May 1993, the exact dates being unknown to the grand jury, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

>           JOSE LUIS RODRIGUEZ,
>             ALBERTO LLUIS,
>              a/k/a "Tio,"
>             RUBEN MACHADO,
>             ROLANDO LLUIS,
>             ALFREDO LLUIS
>                  and
>            ARISTIDES QUERO,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury, to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing

2

a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

### COUNT THREE

On or about November 25, 1992, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

>ALBERTO LLUIS,
>a/k/a "Tio,"
>RUBEN MACHADO,
>ROLANDO LLUIS,
>ALFREDO LLUIS
>and
>ARISTIDES QUERO,

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

### COUNT FOUR

On or about November 30, 1992, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

>ALBERTO LLUIS,
>a/k/a "Tio,"
>RUBEN MACHADO,
>ROLANDO LLUIS,
>ALFREDO LLUIS
>and
>ARISTIDES QUERO,

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, a mixture

3

and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
KENDALL COFFEY
UNITED STATES ATTORNEY

_____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

95-0292 CR-HIGHSMITH

UNITED STATES OF AMERICA,        )   CASE NO.
                                 )  MAGISTRATE JUDGE
            Plaintiff,           )   GARBER
                                 )
v.                               )
                                 )
JOSE LUIS RODRIGUEZ,             )
ALBERTO LLUIS,                   )
    a/k/a "Tio,"                 )
RUBEN MACHADO,                   )   **CERTIFICATE OF TRIAL ATTORNEY**
ROLANDO LLUIS,                   )
ALFREDO LLUIS                    )
and                              )
ARISTIDES QUERO,                 )
                                 )
            Defendants.          )
_____)

I DO HEREBY CERTIFY:

   1.   I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the information attached hereto.

   2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28, U.S.C. Section 3161.

   3.   This case will take 15 days for the parties to try.

     4.   Please check the appropriate category and type of offense listed below:

```
           (Check only one)              (Check only one)
    I.   0 to 5 days      ____           Petty      ____
    II.  6 to 10 days     ____           Minor      ____
    III. 11 to 20 days     X             Misdem.    ____
    IV.  21 to 60 days    ____           Felony      x
    V.   61 days and over ____
```

     5.   Has this case been previously filed in this District Court? **NO** (Yes or No)  If yes:

Judge:    Case No.
(Attach copy of dispositive order)

     Has a complaint been filed in this matter?  **No** (Yes or No)  f yes:

Magistrate Case No. **N/A**

Related Miscellaneous numbers: **N/A**_____

     6.   This case did **NOT** originate in the U.S.Attorney's office prior to August 16, 1985.

                              Respectfully submitted,

                              KENDALL COFFEY
                            UNITED STATES ATTORNEY

By: _____
                            RICHARD E. GETCHELL
                            ASSISTANT UNITED STATES ATTORNEY
                            FLA. BAR NO. 817643
                            99 N.E. 4th Street
                            Miami, Florida 33132
                            (305) 536-5014
                            (305) 536-7213 (FAX)

Case 1:95-cr-00292-KMM   Document 3   Entered on FLSD Docket 05/01/1995   Page 7 of 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: JOSE LUIS RODRIGUEZ

Case No.: 95-0292-CR-HIGHSMITH

MAGISTRATE JUDGE
GARBER

Count #: One - Conspiracy to import a controlled substance; 21 USC § 963
*Max. Penalty: Life imprisonment

Count #: Two - Conspiracy to possess with intent to distribute a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __ALBERTO LLUIS_____

Case No.: _____95-029-CR-_____

Count #: One - Conspiracy to import a controlled substance;
         21 USC § 963
*Max. Penalty: Life imprisonment

Count #: Two - Conspiracy to possess with intent to distribute
         a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #: Three - Importation of a controlled substance;
         21 USC § 952(a)
*Max. Penalty: Life imprisonment

Count #: Four - Attempted possession with intent to distribute
         a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #:

*Max.Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max.Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __RUBEN MACHADO__

Case No.: __95-0292 CR-HIGHSMITH__ MAGISTRATE JUDGE

---

Count #: One - Conspiracy to import a controlled substance;
          21 USC § 963
*Max. Penalty: Life imprisonment

---

Count #: Two - Conspiracy to possess with intent to distribute
          a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

---

Count #: Three - Importation of a controlled substance;
          21 USC § 952(a)
*Max. Penalty: Life imprisonment

---

Count #: Four - Attempted possession with intent to distribute
          a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

---

Count #:

*Max. Penalty:

---

Count #:

*Max. Penalty:

---

Count #:

*Max. Penalty:

---

Count #:

*Max. Penalty:

---

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: ROLANDO LLUIS

Case No.: 95-0292-CR-HIGHSMITH

---

Count #: One - Conspiracy to import a controlled substance;
21 USC § 963
*Max. Penalty: Life imprisonment

Count #: Two - Conspiracy to possess with intent to distribute
a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #: Three - Importation of a controlled substance;
21 USC § 952(a)
*Max. Penalty: Life imprisonment

Count #: Four - Attempted possession with intent to distribute
a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

---

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: ARISTIDES QUERO

Case No.: 02  CR-HIGHSMITH

Count #: One - Conspiracy to import a controlled substance;
21 USC § 963
*Max. Penalty: Life imprisonment

Count #: Two - Conspiracy to possess with intent to distribute
a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #: Three - Importation of a controlled substance;
21 USC § 952(a)
*Max. Penalty: Life imprisonment

Count #: Four - Attempted possession with intent to distribute
a controlled substance; 21 USC § 846
*Max. Penalty: Life imprisonment

Count #:

*Max.Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max.Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

6